Federal Defenders
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

July 6, 2026

Application granted.

SO ORDERED.

Clay H. Kaminsky
Clay H. Kaminsky, USMJ
July 6, 2026

**Via ECF and email**

The Honorable Clay H Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Zengzeng Liu, 26 MJ 132 (TAM)**

Dear Judge Kaminsky,

On July 1, 2026, Magistrate Judge Merkl ordered Ms. Liu released on a bond which includes a condition of an 8:00 p.m. to 8:00 a.m. curfew with electronic monitoring. Ms. Liu has a court appearance scheduled in the District of Massachusetts in Boston on July 8, 2026 at 11:00 a.m. To arrive in time for that appearance and to meet with her appointed counsel in Boston, Ms. Liu must travel to Boston on the afternoon and evening of July 7, 2026 and stay overnight at a local hotel. Ms. Liu plans to travel to Boston by car and to return to New York following her appearance that day.

Therefore, Ms. Liu asks that the Court modify her curfew to allow her travel to Boston on July 7 and stary at a hotel overnight before her court appearance on July 8. I have spoken to AUSA Amzallag and he does not object to the requested modification.

Thank you for your attention to this matter.

Respectfully Submitted,

/s/

Michael Schneider
Assistant Federal Defender
Telephone: (718) 330-1161
michael_schneider@fd.org

cc: Clerk of the Court (by ECF)
AUSA Daniel Amzallag (by ECF and email)